IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EMONIE DRASHAWN RATTLER                                                        PLAINTIFF
ADC #181884

v.                         Case No. 4:24-cv-00870-LPR-JTK

ROOSEVELT G. BARDEN, et al.                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 22nd day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE